

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00363-CR

Andres **LOMAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR1023
Honorable Velia J. Meza, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED October 1, 2025.

Lori I. Valenzuela, Justice